IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 23 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:24cr103 DPJ-LGI

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

## NOTICE OF JUDICIAL ASSIGNMENT

The United States Attorney, through his Assistant, submits this Notice of Judicial Assignment and submits in support of this Notice the following:

1. The Indictment in this case was filed on October 23, 2024.

2. The Indictment in this case involves substantially the same parties and factual situation, relates to the same act or transaction, and involves actions connected with or constituting parts of a common scheme or plan as the Informations in Criminal Docket No. 3:24-cr-00072-DPJ-LGI and 3:24-CR-102-DPJ-LGI which were filed by the United States on August 7, 2024, and October 16, 2024, respectively, and previously assigned to United States District Judge Daniel P. Jordan III.

Based on the foregoing, it is therefore requested that the Indictment be assigned to United States District Judge Daniel P. Jordan III since United States District Judge Daniel P. Jordan III is familiar with the facts and parties in this case and already handling the cases listed above.

TODD W. GEE
United States Attorney

By: *Charles W. Kirkham*
Charles W. Kirkham
Kimberly T. Purdie
Assistant United States Attorneys
Southern District of Mississippi
Criminal Division

Nicholas W. Cannon
Madison H. Mumma
Trial Attorneys
Public Integrity Section
United States Department of Justice