IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                               CRIMINAL NO. 3:24-cr-103-DPG-LGI

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

## UNITED STATES' RESPONSE TO DEFENDANT'S
## MOTION FOR LEAVE TO RESUBMIT PROPOSED TRIAL DATES

The United States, by and through the undersigned, responds to Defendant Aaron B. Banks's Motion for Leave to Resubmit Proposed Trial Dates. *See* ECF No. 54.

The government does not oppose Banks's request. But the government stands by its position stated in its December 10, 2024 email to Chambers. The government's position appropriately balances the Defendants' right to reasonable time necessary to effectively prepare against the public's interest to a speedy trial.

Respectfully submitted,

| | |
|---|---|
| PATRICK A. LEMON | JOHN D. KELLER |
| Acting United States Attorney | Acting Chief, Public Integrity Section |
| | U.S. Department of Justice |
| | |
| */s/ Charles W. Kirkham* | */s/ Madison H. Mumma* |
| Kimberly T. Purdie (Miss. Bar No.: 104168) | Nicholas W. Cannon (V.A. Bar No.: 984858) |
| Charles W. Kirkham (Miss. Bar No.: 102022) | Madison H. Mumma (N.C. Bar No.: 56546) |
| 501 E. Court St., Ste. 4.430 | Trial Attorneys |
| Jackson, MS 39201 | Public Integrity Section, Criminal Division |
| Tel: (601) 965-4480 | Tel: (202) 514-8187 |
| Email: kimberly.purdie@usdoj.gov | nicholas.cannon2@usdoj.gov |
| Email: chet.kirkham@usdoj.gov | madison.mumma@usdoj.gov |

**CERTIFICATE OF SERVICE**

     I hereby certify that this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all ECF participant(s) of this record**.**

Dated: <u>January 29, 2025.</u>

<u>*/s/Charles W. Kirkham*</u>
Charles W. Kirkham
Assistant United States Attorney
